IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**DEMAND FOR TRIAL BY JURY**

## AFFIDAVIT OF CHRISTOPHER A E VAUGHN

COMES NOW affiant, Christopher A E Vaughn, being duly sworn and upon his oath states as follows:

1. Plaintiff and that affiant Christopher A E Vaughn, is over eighteen years of age and is of sound mind and spirit.

2. Plaintiff does NOT waiver or yield his right to legal counsel by the filing or submission of this affidavit.

3. The Plaintiff is under the belief that " A Meeting of The Mind and RICO violations" coordinated by the Defendants against the Plaintiffs has occurred and the actions of Defendants and several parties to be named as Defendants in federal complaint are malicious, intentional and blatant violations of 42 U.S.C. §§ 1983 (The Ku Klux Klan Act of 1871), *1985* and 1986 ("the Civil Rights Act") and 1988 and other violations by Defendants against the Plaintiff's rights secured by the First, Fourth, Fifth, Eighth, Ninth, and Fourteenth Amendments to the United States Constitution.

4. The Plaintiff is under the full belief that the Defendants have willfully and knowingly defrauded the Plaintiffs.

5. The Plaintiff is under the full belief that the Defendants have intentionally and maliciously violated his constitutional rights.

6. The Plaintiff believes that the procedures of Missouri State University verification procedures are designed to enslave minority students and cause irreparable harm to students, their parents and to society.

7. The Plaintiffs have been denied the opportunities of the Federal Administrative Procedure Act due to the enslavement by the Missouri State University, staff and officials and others parties in Missouri.

8. Plaintiff further state that all statements made in affidavit are made under the best belief that statement and information is true and are given and made in good faith.

9. Plaintiff demand trial by jury.

**Further affiant saith not.**

_____
Christopher A E Vaughn

STATE OF Missouri )
                        ) ss.
COUNTY OF Greene )

On this 20th day of January, 2009, before me, the undersigned notary public, personally appeared Christopher A E Vaughn, of Missouri, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____        AUGUST 14, 2010
Notary Public                    My Commission expires:

STEPHANIE G. ALLEN
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County - Comm#06926570
My Commission Expires Aug. 14, 2010